```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| BEATRICE HUDSON, | |
| Plaintiff, | 8:06CV416 |
| v. | |
| GRANDVIEW PROPERTIES, LLC and B.A.D., LLC, | ORDER |
| Defendants. | |

IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 2, is granted.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge