IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEATRICE HUDSON,                    )
                                    )
                Plaintiff,          )           8:06CV416
                                    )
          v.                        )
                                    )
GRANDVIEW PROPERTIES, LLC and       )           ORDER
B.A.D., LLC,                        )
                                    )
                Defendants.         )
_____     )


IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 2,
is granted.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge